**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TEMUR AKHMEDOV,

                Petitioner-Defendant,

     v.

UNITED STATES OF AMERICA,

                Respondent-Plaintiff.

No.    CV 25-9357 PA
        CR 24-101 PA

JUDGMENT

Pursuant to the Court's February 9, 2026 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Temur Akhmedov,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: February 9, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE